

# IN THE
# TENTH COURT OF APPEALS

### No. 10-24-00163-CV

**JOHN B. ERICKSON,**

**Appellant**

 **v.**

**VIJAY KASIREDDY,**

**Appellee**

### From the 66th District Court
### Hill County, Texas
### Trial Court No. CV686-21DC

## MEMORANDUM OPINION

John B. Erickson appealed the trial court's order granting a special appearance. He now moves to dismiss the appeal, asserting the parties have reached a settlement agreement. Erickson's motion is unopposed.

Accordingly, "Appellant's Unopposed Motion to Dismiss" is granted, and this appeal is dismissed. Further, there being an agreement of the parties as to costs, all costs of this proceeding are taxed against the party incurring same.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Motion granted
Appeal dismissed
Opinion delivered and filed September 19, 2024
[CV06]

